JS - 6
**FILED: 1/13/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Linda D. Williams*, | CASE NO. CV 11-7790-GHK (OPx) |
| **Plaintiff,** | JUDGMENT |
| v. | |
| *U.S. Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006 NC1, et al.*, | |
| **Defendants.** | |

Pursuant to the Court's January 13, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Linda D. Williams's ("Plaintiff") claims against Defendants U.S. Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006 NC1 and Wells Fargo Bank, N.A. dba America's Servicing Company are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 13, 2012

_____
GEORGE H. KING
United States District Judge